UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2251(e) |
| v. | 18 U.S.C. § 2252(a)(4)(B) |
| | 18 U.S.C. § 2252(b)(2) |
| GEORGE FRANCIS DEPPA, | 18 U.S.C. § 2253(a) |
| | 18 U.S.C. § 2253(b) |
| Defendant. | 21 U.S.C. § 853(p) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNTS 1–3
### (Production of Child Pornography)

In or around May of 2008, in the State and District of Minnesota, the defendant,

**GEORGE FRANCIS DEPPA**,

employed, used, persuaded, induced, enticed, and coerced Minor A, a 15-year-old child, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, the following images described below, all of which images were produced using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer:


SCANNED
MAY 18 2022
U.S. DISTRICT COURT MPLS

United States v. George Francis Deppa

| Count | Filename | Description |
|---|---|---|
| 1 | "!01_4673" | An image depicting defendant DEPPA with his head between Minor A's legs. Minor A is naked from the waist down. DEPPA's tongue is touching or in very close to Minor A's exposed pubic area. |
| 2 | "!01_4677" | An image depicting Minor A from the waist down. Minor A's legs are spread apart and the image depicts Minor A's exposed pubic area. |
| 3 | "!01_4685" | An image depicting defendant DEPPA with his head between Minor A's legs. Minor A is naked from the waist down. DEPPA has a razor in his hand, which is in very close proximity to Minor A's exposed pubic area. |

all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## FORFEITURE ALLEGATIONS

Counts 1 through 3 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

If convicted of any count of the Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

1) Any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

2) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

United States v. George Francis Deppa

3) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property subject to forfeiture includes, but is not limited to, the following property: a 512MB SD Card, Serial Number 0448SG6147L.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                  FOREPERSON