UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-90 KMM/LIB

United States of America,

          Plaintiff,

v.                                **ORDER FOR APPOINTMENT OF COUNSEL**

George Deppa,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Kurt Glaser, Attorney ID 228886, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

DATED:  May 23, 2022                           s/Leo I. Brisbois
                                                      Honorable Leo I. Brisbois
                                                        United States Magistrate Judge