# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                     Plaintiff,

v.                                                                 Criminal No. 22-090 (KMM/LIB)

GEORGE FRANCIS DEPPA,

                     Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    (X) Ad Prosequendum         ( ) Ad Testificandum

Name of Detainee:  GEORGE FRANCIS DEPPA

Detained at (custodian):  Douglas County Sheriff's Office

The government is requesting the **Investigating Agency** to transport detainee.

Detainee is:   a.)   (X) charged in this district by: Indictment
                           Charging Detainee With: Production of Child Pornography
    or       b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ( ) return to the custody of detaining facility upon termination of this proceeding
    or       b.)   (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on July 19, 2022 at 1:30 p.m. in the courtroom of The Honorable Leo I. Brisnois.

Dated:  July 13, 2022                                 *s/ Lindsey E. Middlecamp*
                                                                LINDSEY E. MIDDLECAMP, AUSA

## WRIT OF HABEAS CORPUS

        (X) Ad Prosequendum                 ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

    July 13, 2022                                        *Tony N. Leung*
Date                                                 UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/xxxx |
| Facility Address: | | Race: | |
| | | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____   _____
                                                                                                                  (Signature)