UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

United States of America,                     Case No.        22-CR-90 (KMM/LIB)

            Plaintiff,

vs.                                                            **MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND CONTINUE DATES**

George Francis Deppa

            Defendant.

_____


The defendant, by and through his attorney, Kurt B. Glaser, respectfully moves the Court to exclude time and continue deadlines pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A). The defendant asks to continue all the deadlines and hearings in this matter, granting an additional two months.

Assistant United States Attorney Lindsey E. Middlecamp does not object to this request. The defendant agrees with this request, and we have filed his signed Statement of Facts in Support of Time Under Speedy Trial Act.

The request is being made so that the defendant may have additional time to review the discovery and discuss options with his attorney.

Respectfully Submitted,

Appearing by CJA Appointment,

**BERGLUND, BAUMGARTNER, KIMBALL & GLASER, L.L.C.**

Dated: August 9, 2022          By:     s/ Kurt B. Glaser_____
Kurt B. Glaser (#228886)
405 Union Plaza Building
333 Washington Avenue N
Minneapolis, Minnesota 55401
(612) 333-6513

ATTORNEY FOR DEFENDANT