UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-CR-90 (KMM/LIB)

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>George Francis Deppa,<br><br>    Defendant. | STATEMENT OF FACTS IN<br>SUPPORT OF EXCLUSION<br>OF TIME UNDER<br>SPEEDY TRIAL ACT |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, George Francis Deppa, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

Due to the complexity of the charges against me and the time needed to review discovery, the Defense requires additional time to prepare their Motions as well as prepare for Trial.

Based on the above facts, I request that the period of time for this extension be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 8-3-22

_George Deppa_
George Francis Deppa, Defendant

Dated: 8/4/2022

Berglund, Baumgartner, Kimball & Glaser, LLC

/s/ *Kurt B. Glaser*

Kurt B. Glaser (#228886)
333 Washington Avenue North, Suite 405
Minneapolis, MN 55401
(612) 333-6513
kglaser@bbkglaw.com
ATTORNEY FOR DEFENDANT