UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 22-CR-90 (KMM/LIB) |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE DATES** |
| George Francis Deppa | |
| Defendant. | |

---

The defendant, by and through his attorney, Kurt B. Glaser, respectfully moves the Court to exclude time and continue deadlines pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A). The defendant asks to continue all the deadlines and hearings in this matter, with the new deadline to file Motions being November 16, 2022.

Assistant United States Attorney Lindsey E. Middlecamp does not object to this request. The defendant agrees with this request, and we have filed his signed Statement of Facts in Support of Time Under Speedy Trial Act.

The request is being made so that the defendant may have additional time for ongoing evaluations and report writing of Dr. Andrea Lovett.

Respectfully Submitted,

Appearing by CJA Appointment,

**BERGLUND, BAUMGARTNER, KIMBALL & GLASER, L.L.C.**

Dated: October 11, 2022      By:   s/ Kurt B. Glaser
Kurt B. Glaser (#228886)
405 Union Plaza Building
333 Washington Avenue N
Minneapolis, Minnesota 55401
(612) 333-6513

ATTORNEY FOR DEFENDANT