UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-CR-90 (KMM/LIB)

| | |
|---|---|
| United States of America, | |
| Plaintiff, | STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| George Francis Deppa, | |
| Defendant. | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, George Francis Deppa, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

Due to time needed to complete a medical evaluation of the defendant, the defense requires additional time to prepare their Motions as well as prepare for Trial.

Based on the above facts, I request that the period of time for this extension be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 10-11-22

_____
George Francis Deppa, Defendant

Berglund, Baumgartner, Kimball & Glaser, LLC

Dated: 10/11/2022

*/s/ Kurt B. Glaser*
Kurt B. Glaser (#228886)
333 Washington Avenue North, Suite 405
Minneapolis, MN 55401
(612) 333-6513
kglaser@bbkglaw.com
ATTORNEY FOR DEFENDANT