UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-CR-090 (KMM/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE FRANCIS DEPPA,<br><br>    Defendant. | **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPETENCY EVALUATION PURSUANT TO 18 U.S.C. § 4241(a)** |

Defendant George Francis Deppa, through counsel, has filed a motion seeking an order for an examination to determine the Defendant's competency pursuant to 18 U.S.C. § 4241(a). (ECF No. 23.)

Although the Government reserves the right to present argument and evidence prior to a final determination of competency, the Government does not object to the defendant's request for an evaluation. Further, the Government requests that an Order be granted for such an evaluation at the Court's soonest convenience in order to avoid further delay and burden to the victim in the charged offense.

Dated: November 4, 2022

ANDREW M. LUGER
United States Attorney

*s/Lindsey E. Middlecamp*
BY: LINDSEY E. MIDDLECAMP
Assistant United States Attorney
Attorney ID No. 0392589