

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

*Office of the Warden*

2425 South 200th Street
P.O. Box 13901
Seattle, Washington 98198-1091

January 6, 2023

Honorable Leo I. Brisbois
U.S. Magistrate Judge
515 West 1st St., Rm 412
Duluth, MN 55802-1397

RE: Deppa, George Francis
    Reg. No.: 11650-510
    Case No.: 22-cr-90 (KMM/LIB)

**RECEIVED BY MAIL**

JAN 09 2023

CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

Dear Judge Brisbois:

In accordance with your court order dated November 22, 2022, Mr. Deppa was committed to the Federal Detention Center, SeaTac, Washington (FDC SeaTac), for a period of study to determine his mental competency.

The defendant arrived at FDC SeaTac on December 28, 2022, and the 30-day study period will begin on that date. Due to the unusually high number of cases assigned, a week of required training in January 2023, and possible in person testimony in Guam, we are requesting a 15-day extension. The evaluation period will thus end on February 11, 2023, and the report will be submitted as soon as practicable. If the Court has questions or comments regarding the evaluation, please contact Cynthia A. Low, Ph.D., Forensic Unit Psychologist, at (206) 870-5795.

Sincerely,

J. Greene
Acting Warden

cc: Lindsey Middlecamp, AUSA
    Kurt Glaser, Defense Attorney

**SCANNED**

JAN 09 2023
U.S. DISTRICT COURT DULUTH