UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-90 (KMM/LIB)

United States of America,

      Plaintiff,

v.                                          **ORDER**

George Francis Deppa,

      Defendant.

On January 9, 2023, the undersigned received a Letter requesting an extension of time to complete the mental competency evaluation [Docket. No. 29] in the above matter.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The letter request for an extension to complete the mental competency evaluation [Docket No. 29] is GRANTED;

2. The medical competency examination shall be completed by February 11, 2023; and

3. The report of Defendant's medical competency examination by the Federal Medical Center shall be filed with the Court, with copies provided to the Assistant United States Attorney and to Defense counsel pursuant to 18 U.S.C. § 4247(c), as soon as practicable, and by no later than March 13, 2023.

Dated: January 9, 2023                              s/Leo I. Brisbois
                                                                    Hon. Leo I. Brisbois
                                                                      U.S. MAGISTRATE JUDGE