UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * *

United States of America,                              Court File No. 22-cr-90 (KMM/LIB)

    Plaintiff,

          v.                                                ORDER

George Francis Deppa,

    Defendant.

* * * * * * * * * * * * * * * * * * * *

On November 22, 2022, the undersigned issued an Order, [Docket No. 27], granting Defendant's motion for a hearing to determine the mental competency of Defendant, as well as, that a psychological examination of Defendant be conducted, and a report filled with the Court. In that Order, the Court noted that it would schedule a hearing upon completion of the evaluation and the filing of the report. On March 2, 2023, the Mental Competency Report, [Docket No. 31], was filed, and access to that report was provided to counsel. The Court now schedules the hearing to determine the mental competency of Defendant.

Therefore, **IT IS HEREBY ORDERED THAT** a hearing to determine the mental competency of Defendant is hereby scheduled before the undersigned on **Wednesday, April 5, 2023, at 1:30 p.m.** in Courtroom 3 of the Gerald W. Heaney Federal Building, 515 West First Street, Duluth.

BY THE COURT:

DATED:  March 17, 2023                              s/Leo I. Brisbois
                                                   Hon. Leo I. Brisbois
                                                   U.S. MAGISTRATE JUDGE