UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No.        22-CR-90 (KMM/LIB) |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE HEARING** |
| George Francis Deppa, | |
| Defendant. | |

---

The defendant, by and through his attorney, Kurt B. Glaser, respectfully moves the Court to continue the hearing date in the proceedings pursuant to the defendant's motion pursuant to 18 U.S.C. § 4241. A hearing for the court to consider the return of the evaluation was scheduled for April 5, 2023, at 1:30. The parties agree that the interests of justice are best served by continuing that hearing date.

The parties spotted a question presented in the evaluation concerning whether cognitive memory testing was comprehensively evaluated. The parties request time to further investigate that question and to potentially produce the evaluator, who resides in Washington, for testimony in Minnesota.

The parties ask to continue that hearing date to a new date to be scheduled. The Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), suspends time during the pendency of these proceedings pursuant to 18 U.S.C. § 4241.

Assistant United States Attorney Lindsey E. Middlecamp concurs with this request.

Respectfully Submitted,

Appearing by CJA Appointment,

**BERGLUND, BAUMGARTNER & GLASER, L.L.C.**

Dated: April 4, 2023        By:    s/ Kurt B. Glaser
                                   Kurt B. Glaser (#228886)
                                   405 Union Plaza Building
                                   333 Washington Avenue N
                                   Minneapolis, Minnesota 55401
                                   (612) 333-6513

                                   ATTORNEY FOR DEFENDANT