UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| United States of America, | Court File No. 22-cr-90 (KMM/LIB) |
| Plaintiff, | |
| v. | ORDER |
| George Francis Deppa, | |
| Defendant. | |

* * * * * * * * * * * * * * * * * * * *

On April 4, 2023, the Defendant filed a Motion to Continue Hearing [Docket No. 33]. The parties request time to further investigate the Mental Competency Report [Docket No. 31], and to potentially produce the evaluator for testimony in the Competency Hearing, currently scheduled for April 5, 2023, in Duluth, Minnesota. The Government concurs with the continuance. Pretrial motions have been filed in this matter, and thus the time is already being, and shall continue to be, excluded pursuant to the Speedy Trial Act. Based upon review of the files and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Defendant's Motion to Continue Hearing [Docket No. 33] is **GRANTED**;

2. A hearing to determine the mental competency of Defendant is hereby **RESCHEDULED** before the undersigned on **Wednesday, May 17, 2023, at 10:30 a.m.** in Courtroom 3 of the Gerald W. Heaney Federal Building, 515 West First Street, Duluth.

DATED: April 4, 2023

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE