# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

                Plaintiff,

v.

George Francis Deppa (1),

                Defendant.

## COURT MINUTES
BEFORE:  Leo I. Brisbois
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 22-cr-90 (KMM/LIB) |
| Date: | May 17, 2023 |
| Court Reporter: | Digital Recorder |
| Courthouse: | Duluth |
| Courtroom: | 3 |
| Time Commenced: | 11:05 a.m. |
| Time Concluded: | 11:22 a.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 17 Minutes |
| Hearing Type: | Oral Argument |

APPEARANCES:

Plaintiff:  Lindsey E. Middlecamp (Assistant U.S. Attorney)
For Defendant George Francis Deppa (1): Kurt B. Glaser, CJA

Additional Information:

- For the reasons stated on the record at the Hearing, including the Court's findings of fact and conclusions of law, the Court finds that Defendant George Francis Deppa is competent to stand trial. No further written order to be issued.
- For the reasons stated on the record at the Hearing, including the Court's acceptance of Defendant's oral statement of facts, the Court grants Defendant's oral Motion for a 30-day continuance. No further written order to follow.
- For the reasons stated on the record, including the Defendant's oral statement of facts, Defendant's oral Motion to exclude time from the Speedy Trial Act calculations is granted. The Court finds that such a continuance best serves the ends of justice and that such ends outweigh the interest of the public and the defendant in a speedy trial in this matter. Having made these findings, the Court excludes a period of thirty days beginning May 18, 2023, from speed trial considerations in this proceeding. No further written order to follow.

s/Jose Gonzalez
Signature of Law Clerk