# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| v. | ) | Case No:  22-cr-90 (KMM/LIB) |
| | ) | Date:  6/26/23 |
| George Francis Deppa, | ) | Court Reporter: Lori Simpson |
| | ) | Courthouse:  St. Paul |
| | ) | Courtroom:  3A |
| Defendant. | ) | Time Commenced: 1:42 p.m. |
| | ) | Time Concluded:  2:39 p.m. |
| | | Sealed Hearing Time: |
| | | Time in Court:  57 Minutes |

Before Katherine M. Menendez, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
    For Plaintiff:    Lindsey E. Middlecamp
    For Defendant:    Kurt B. Glaser    X CJA

PROCEEDINGS:
    X **Change of Plea Hearing.**

    X PLEA:
        X Guilty as to Count(s): 1

    X    Presentence Investigation and Report requested.
    X    Defendant remains in the custody of the U.S. Marshal.

s/KAT
Courtroom Deputy
