UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-090 (KMM/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **MOTION TO DISMISS COUNTS 2 AND 3 OF THE INDICTMENT** |
| GEORGE FRANCIS DEPPA, | |
| Defendant. | |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Lindsey E. Middlecamp, Assistant United States Attorney, hereby moves the Court for an order dismissing Counts 2 and 3 of the Indictment filed at ECF 1 in the above-captioned matter.

Mr. Deppa pled guilty and was convicted on Count 1 of the Indictment. Pursuant to the terms of the plea agreement between the parties (filed at ECF No. 39) the United States agreed to move to dismiss Counts 2 and 3 upon Mr. Deppa's sentencing on Count 1. Mr. Deppa was sentenced on November 8, 2023, and the United States therefore moves to dismiss the remaining counts.

Dated: November 27, 2023

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*s/Lindsey M. Middlecamp*
BY: LINDSEY M. MIDDLECAMP
Assistant U.S. Attorney